| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ANTHONY WILLIAMS, §
　　　　　　　　　　　　　　　§
　　　　　　Petitioner, §
　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:11-CV-648
　　　　　　　　　　　　　　　§
M. MARTIN, §
　　　　　　　　　　　　　　　§
　　　　　　Respondent. §

**MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioner Anthony Williams, a prisoner confined at the Federal Correctional Institution in Beaumont, Texas, proceeding *pro se,* filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the petition.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Petitioner filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit. In support of his claims, petitioner cites *Bond v. United States*, _ U.S. _ , 131 S. Ct. 2355 (2011). In *Bond*, the Supreme Court held that a person convicted of

a federal offense had standing to assert that Congress exceeded its power under the Tenth Amendment in enacting a criminal statute. The Supreme Court did not hold that such a claim could be raised in a § 2241 petition, and the Court did not invalidate any federal criminal statutes. *Blodgett v. Martin*, 2011 WL 6187097, at *1 (5th Cir. Dec. 14, 2011) (unpublished).

## ORDER

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 11th day of January, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE